JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GARCIA, | ) Case No. CV 09-8296-JFW (DTB) |
| Petitioner, | ) |
| | ) JUDGMENT |
| vs. | ) |
| MARIA VERONICA CASTILLON TORRES, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: March 9, 2010

*[signature]*
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1