JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GARCIA,<br><br>Petitioner,<br><br>vs.<br><br>MARIA VERONICA CASTILLON TORRES,<br><br>Respondent. | Case No. CV 09-8296-JFW (DTB)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 6, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1